JACOB S. HARTOG et al., as Copartners Doing Business under the Name of F. STAAL AND CO., Respondents, v. AILEEN MEHLE, Appellant.—

Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

ELI KUSHILEWSKY, Appellant, v. ALEXANDER S. LINCHNER, Respondent.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY FORD. (B) THE PEOPLE OF THE STATE OF NEW YORK v. TOBIAS BUND. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES RICHARDSON.—

Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.